GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant GLENN JINGCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00552 DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| vs. | |
| GLENN JINGCO, | |
| Defendant. | |

## STIPULATION

Defendant Glenn Jingco, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Joseph A. Fazioli, hereby stipulate that, with the Court's approval, the status hearing currently set for February 23, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to April 34, 2012, at 9:00 a.m.

The reason for the requested continuance is that defense counsel needs more time to effectively prepare this case. Specifically, the parties are actively involved in settlement discussions that require a careful analysis of discovery and additional criminal history investigation. Mr. Fazioli expects to be engaged in a trial through the end of March, 2012. Thus,

Stipulation and [] Order Continuing
Hearing, 11-00552 DLJ                    1

the request is also made on the grounds that continuity of counsel is important in this matter. The parties therefore respectfully request a continuance to April 34, 2012, at 9:00 a.m.

  The parties agree that the time between February 23, 2012, and April 34, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 22, 2012

         /s/
        HEATHER ROGERS
        Assistant Federal Public Defender

Dated: February 22, 2012        /s/
        JOSEPH A. FAZIOLI
        Assistant United States Attorney

## [PROPOSED] ORDER

  GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 23, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to April 34, 2012, at 9:00 a.m.

  THE COURT FINDS that failing to exclude the time between February 23, 2012, and April 34, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

  THE COURT FINDS that the ends of justice served by excluding the time between February 23, 2012, and April 34, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

//

1    THEREFORE, IT IS HEREBY ORDERED that the time between February 23, 2012, and
2    April 34, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3    3161(h)(7)(A) and (B)(iv).
4    IT IS SO ORDERED.
5    Dated: HEFI EFG

_____
HON. D. LOWELL JENSEN
United States District Court Judge